1  CRAIG B. FRIEDBERG, ESQ.
   Nevada Bar No. 004606
2  4760 South Pecos Road, Suite 103
   Las Vegas, Nevada 89121
3  Phone: (702) 435-7968; Fax: (702) 946-0887

4  Andre L. Verdun (SBN 265436)
   ADMITTED PRO HAC VICE
5  **CROWLEY LAW GROUP**
   401 West "A" Street, Ste. 925
6  San Diego, CA 92101
   Tel. (619) 238-5700
7  Fax. (866) 786-6993
   andreverdun@crowleylawgroup.com
8
   Attorney for Plaintiffs
9  Kevin Tepper and Daniel Phelps

10

11              UNITED STATES DISTRICT COURT

12                   DISTRICT OF NEVADA

13

14  **KEVIN TEPPER**, an individual, and      Case No.: 2:13-cv-00406
    **DANIEL PHELPS**, and individual,
15
                    Plaintiffs,
16                                            **MOTION TO DISMISS 99VIEW,**
       vs.                                    **LLC**
17
    **PHANTOM ENTERTAINMENT, LLC**,
18  a Nevada limited liability, **THE KRAVE**
    **COMPANY, LLC f/k/a ALTERNATIVE**
19  **ENTERPRISES, LLC**, a Nevada
20  limited liability company, **KRAVE**
    **ENTERTAIN-MENT LLC**, a Nevada
21  limited liability company, **99VIEW,**
22  **LLC**, a Nevada limited liability
    company, **HARMON POINT, INC.**, a
23  Nevada corporation and **DOES 1-10**,
24
25
26
27                     Defendant.
28

*Law Offices of*
**CRAIG B. FRIEDBERG, ESQ.**
4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968   TELECOPIER (702) 946-0887

Plaintiff has settled this case with 99VIEW, LLC. Plaintiffs, Kevin Tepper and Daniel Phelps, hereby request that the Court dismiss 99VIEW, LLC from this case.

**Respectfully submitted:**

DATED January 22, 2015

s/ *Andre L. Verdun*

Andre L. Verdun, ESQ
Pro Hac Vice
CRAIG B. FRIEDBERG, ESQ.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121

**Attorney for Plaintiffs**

### ORDER

GOOD CAUSE SHOWING, the Court hereby dismisses 99VIEW, LLC from this case.

Dated: February 10, 2015.

_____
UNITED STATES DISTRICT JUDGE

- 2 -