**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

KEVIN TEPPER, *et al.*,

               Plaintiffs,

      v.

PHANTOM ENTERTAINMENT, LLC, *et al.*,

               Defendants.

Case No. 2:13-cv-00406-APG-PAL

**ORDER**

IT IS ORDERED that the parties shall file a status report on or before August 14, 2015.

DATED this 3rd day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE