# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN TEPPER, *et al.*, | Case No. 2:13-cv-00406-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER** |
| PHANTOM ENTERTAINMENT, LLC, *et al.*, | |
| Defendants. | |

I previously directed the parties to file a status report on or before August 14, 2015.  The parties did not file a status report as required.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before August 28, 2015.  The failure to file the status report may result in issuance of an Order to Show Cause why sanctions should not be issued against the parties and counsel.

DATED this 21st day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE