CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No.  004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887

Andre L. Verdun (SBN 265436)
ADMITTED PRO HAC VICE
**CROWLEY LAW GROUP**
401 West "A" Street, Ste. 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
andreverdun@crowleylawgroup.com

Attorney for Plaintiffs
Kevin Tepper and Daniel Phelps

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **KEVIN TEPPER**, an individual, and **DANIEL PHELPS**, and individual, <br><br>Plaintiffs, <br><br>vs. <br><br>**PHANTOM ENTERTAINMENT, LLC**, a Nevada limited liability, **THE KRAVE COMPANY, LLC f/k/a ALTERNATIVE ENTERPRISES, LLC**, a Nevada limited liability company, **KRAVE ENTERTAIN-MENT LLC**, a Nevada limited liability company, **99VIEW, LLC**, a Nevada limited liability company, **HARMON POINT, INC**., a Nevada corporation and **DOES 1-10**, <br><br>Defendant. | Case No.: 2:13-cv-00406 <br><br>**STATUS REPORT** <br><br>**AND** <br><br>**MOTION TO DISMISS THE ENTIRE CASE WITHOUT PREJUDICE** |

Plaintiff has settled this case with 99VIEW, LLC. Plaintiffs, Kevin Tepper and Daniel Phelps, hereby requested that the Court dismiss 99VIEW, LLC from this case and that request was granted.

The other Defendant originally had counsel in this case, but along the way, closed up operations and relieved its counsel. Since that time, despite the best efforts of Plaintiff's counsel, Plaintiff has not been able to locate any of the remaining Defendants.

Defendants seem to be alluding a lot of creditors and as indicated in the press, seems to have been involved in numerous illegal and fraudulent business practices; though, they also appear to have successfully shielded themselves with numerous layers of fictitious entities to make the true parties behind these ventures both hidden and shielded.

As such, Plaintiffs will request at this time that the case be dismissed without prejudice.

**Respectfully submitted:**

DATED August 25, 2015

s/ *Andre L. Verdun*

Andre L. Verdun, ESQ
Pro Hac Vice
CRAIG B. FRIEDBERG, ESQ.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121

*Attorney for Plaintiffs*

### ORDER

GOOD CAUSE SHOWING, the Court hereby dismisses this case without prejudice.

Dated:  September 1, 2015

_____

United States District Court Judge